UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

              Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference in this action previously scheduled for **January 8, 2020** is adjourned to **February 6, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of the United States of America, by and through Assistant United States Attorney Benjamin Woodside Schrier, and with the consent of Ian Carmichael, by and through his counsel, Julia Gatto, it is hereby ORDERED that the time from January 8, 2020 through February 6, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will allow the parties time to engage in further discussions concerning a possible disposition of this matter.

Dated: New York, New York
       January 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge