UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference previously scheduled for June 3, 2020 is adjourned to **August 6, 2020 at 11:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States, by and through Assistant United States Attorney Benjamin Woodside Schrier, and with the consent of Ian Carmichael, by and through his counsel, Julia Gatto, it is further ORDERED that the time from June 3, 2020 through August 6, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant to continue reviewing discovery and the parties to continue discussing a pretrial disposition, and in light of the various difficulties presented by the ongoing public health crisis.

Dated: New York, New York
       June 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge