UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference currently scheduled for August 6, 2020, is adjourned to **October 15, 2020 at 2:30 p.m.**

Upon the application of Defendant, by and through his counsel, Julia Gatto, it is further ORDERED that the time from August 6, 2020 through October 15, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant time to review discovery and engage in plea discussions, and in light of the various difficulties presented by the ongoing public health crisis.

With respect to the October 15, 2020 telephone conference, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  No later than **October 12, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated: New York, New York
       August 6, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge