UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

          Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Ian Carmichael has requested an adjournment of his status conference. It is hereby ORDERED that the conference currently scheduled for December 16, 2020, is adjourned to **January 27, 2021 at 2:30 p.m.**

        Upon the application of Defendant, by and through his counsel, Julia Gatto, it is further ORDERED that the time from December 16, 2020 through January 27, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the Defendant time to engage in plea discussions.

        With respect to the January 27, 2021 telephone conference, the parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than **January 25, 2021**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
November 18, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge