UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant will take place on **July 16, 2021 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **June 25, 2021**, and any submission by the Government is due on **July 2, 2021**.

The Probation Department is directed to prepare a presentence investigation report for the Defendant.

Dated: New York, New York
February 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge