# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 6, 2021

*VIA EMAIL AND ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Ian Carmichael*, 19 CR 743 (PGG)

Dear Judge Gardephe:

I write to respectfully request that the Court modify Mr. Carmichael's bail conditions to permit him to travel to visit his family in the Southern District of Florida from Friday, May 7, 2021, to Monday, May 10, 2021. Mr. Carmichael currently resides and is supervised in the Middle District of Florida; his supervising pretrial officer has no objection to this request. In addition, Pretrial Services in the Southern District of New York and the government do not object to this request.

On September 19, 2019, Magistrate Judge Ona T. Wang imposed the following bail conditions, *inter alia*: a 50,000 personal recognizance bond cosigned by one financially responsible person; travel limited to the Southern and Eastern Districts of New York, and the Middle District of Florida; and regular pretrial supervision. On October 8, 2019, Mr. Carmichael's travel restrictions were expanded to include travel throughout Florida for work related purposes. He has been fully compliant with his bail conditions.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

SO ORDERED:

_____
**HONORABLE PAUL G. GARDEPHE**
**United States District Judge**
May 8, 2021

cc:  AUSA Benjamin Schrier (by E-mail and ECF)
     FL-USPO Ebonie Henderson (by E-mail)