**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

June 28, 2021

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: June 29, 2021

*VIA ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

Re:   *United States v. Carmichael*, 19 CR 743 (PGG)

Dear Judge Gardephe:

With the government's consent, I write to seek a bail modification for Mr. Carmichael so that he can travel from his home in the Middle District of Florida to Ft. Lauderdale, Florida over the Fourth of July holiday to visit with family. If permitted to travel, Mr. Carmichael will provide a detailed itinerary to his supervising pretrial officer. Mr. Carmichael has been out on bail since his arrest in September 2019. Mr. Carmichael has been fully compliant with his bail conditions. His bail conditions permit travel throughout Florida for the purpose of work, but he must seek the Court's consent to travel for personal reasons.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender


cc:   AUSA Benjamin Schrier (by ECF)
      FL-USPO Ivette Suarez (by email ivette_suarez@flmpt.uscourts.gov)