# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 28, 2021

*VIA ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:     *United States v. Carmichael*, 19 CR 743 (PGG)

Dear Judge Gardephe:

With the government's consent, I write to seek an adjournment of Mr. Carmichael's sentencing, currently scheduled for July 16, 2021. I need the additional time to effectively prepare a sentencing submission on Mr. Carmichael's part. The parties ask for an adjourned date of about 30 days.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

MEMO ENDORSED

The sentencing for Defendant, currently scheduled for July 16, 2021 is adjourned to August 18, 2021 at 10:00 a.m. Any submissions on behalf of the Defendant are due July 28, 2021, and any submission by the Government is due on August 4, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge

June 29, 2021

cc:    A.U.S.A. Benjamin Schrier (via ECF)