# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 10, 2021

*VIA ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: September 10, 2021

Re:   *United States v. Carmichael*,

Dear Judge Gardephe:

With the consent of the government and pretrial services, I write to seek a bail modification for Mr. Carmichael so that he can travel from his home in the Middle District of Florida to New York City between September 16 and 19, 2021 to attend the funeral of his sister-in-law. Mr. Carmichael has been out on bail since his arrest in September 2019. Mr. Carmichael has been fully compliant with his bail conditions.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc:   AUSA Benjamin Schrier (by ECF)
      FL-USPO Ebonie Henderson (by email)