UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

IAN CARMICHAEL,

Defendant.

**ORDER**

19 Cr. 743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant, currently scheduled for October 26, 2021, is adjourned to **November 8, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       October 22, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge