UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA  :  **TRANSPORTATION ORDER**

   - v -     :  19 CR. 743 (PGG)

IAN CARMICHAEL,     :

      Defendant.  :

----------------------------------x

  Upon the application of **Ian Carmichael**, by his attorney, **Julia Gatto, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

  **ORDERED** that the United States Marshals Service furnish Ian Carmichael with funds to cover the cost of travel between Orlando, Florida and New York, New York in advance of his sentencing on November 8, 2021 at 12:00pm, as well as Mr. Carmichael's return trip to Orlando, Florida after his court appearance is complete;

  **ORDERED** that Mr. Carmichael's flight to New York arrive no later than 9:00am on November 8, 2021;

  **ORDERED** that Mr. Carmichael's return flight to Orlando depart after 5:00 p.m from Newark Liberty International Airport ~~before 12PM~~ on November 8, 2021.

  **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
   October 29 , 2021

_____
**HON. PAUL G. GARDEPHE, USDJ**