**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2021

*VIA ECF*
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

    Re:    *United States v. Carmichael*, 19 CR 743 (PGG)

Dear Judge Gardephe:

Mr. Carmichael is scheduled to be sentenced during an in-person proceeding this Monday, November 8, 2021. I write to ask that the proceeding instead take place remotely. I currently am quarantined because my husband and youngest daughter have tested positive for COVID. I am their sole caretaker and I also am solely responsible for both of my daughter's remote educations while they isolate. I will not be able to appear in person before Thanksgiving. Mr. Carmichael does not want to delay his sentencing any further and consents to proceeding remotely.

Thank you.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

MEMO ENDORSEMENT

With Defendant's consent, the sentencing scheduled for November 8, 2021 at 12:00 p.m. will be conducted by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

The Court's October 29, 2021 Transportation Order (Dkt. No. 55) is vacated.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

November 4, 2021

cc:    A.U.S.A. Benjamin Schrier (via ECF)